UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:20-01893 FLA (ADS)                                   Date: June 28, 2022

Title: *Garcia v. Diaz, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**  **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

On August 31, 2020, Plaintiff Antonio Garcia filed this civil rights action pursuant to 42 U.S.C. § 1983.  (Dkt. No. 1.)  On December 9, 2021, the Court dismissed the original complaint on screening as required under 28 U.S.C. § 1915A(b).  (Dkt. No. 18.)  Plaintiff was given three options on how to proceed with the case:  (1) file a first amended complaint; (2) voluntarily dismiss the case; or (3) proceed with the complaint despite its deficiencies.  (Id. at 9-11.)  Plaintiff's response to the screening order was due December 30, 2021.  (Id. at 11.)  On four separate occasions, Plaintiff expressed that he intended to file a first amended complaint and requested additional time to do so, (Dkt. Nos. 19, 23, 25, 27.)  The Court granted all the requests.  (Dkt. Nos. 20, 24, 26, 28.)  Plaintiff was most recently ordered to file the first amended complaint by June 9, 2022.  (Dkt. No. 28.)  As of the date of this Order, the Court has not received a first amended complaint or any communications from Plaintiff.

Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff must file a written response by no later than **July 19, 2022**.  Alternatively, Plaintiff may respond to this Order by (a) filing a first amended complaint; (b) voluntarily dismissing the case; or (c) filing a statement indicating the desire to continue to proceed with the original complaint despite the weaknesses noted in the Court's screening order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:20-01893 FLA (ADS)                                             Date: June 28, 2022

Title: *Garcia v. Diaz, et al.*

  Plaintiff is expressly warned that failure to timely file a response to this Order may result in a recommendation to the District Judge that this action be dismissed for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

  **IT IS SO ORDERED.**

Initials of Clerk kh