UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GARCIA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　　　Defendants. | Case No. 5:20-cv-01893-FLA (ADS)<br><br>**ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　　Pursuant to 28 U.S.C. § 636, the court has reviewed Plaintiff's First Amended Complaint (Dkt. No. 32), the Report and Recommendation of United States Magistrate Judge (Dkt. No 37), and Plaintiff's Objections to the Report and Recommendation of United States Magistrate Judge.  (Dkt. No. 41.)  The court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were

///

///

made and overrules the objections.  The court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No 37);

2. Plaintiff's First Amended Complaint (Dkt. No. 32) is dismissed without leave to amend; and

3. Judgment is to be entered accordingly.

DATED:  February 27, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge