J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO GARCIA, | Case No. 5:20-cv-01893-FLA (ADS) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| RALPH DIAZ, et al., | |
| Defendants. | |

    Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the court adjudges the above-captioned case dismissed with prejudice.

DATED: February 27, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge